UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITALONE, et al.,<br><br>　　　　　Defendants. | Case No.  16-cv-01392-DMR<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

(X)　　IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.

(X)　　The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Dated:  April 11, 2016

_____
DONNA M. RYU
United States Magistrate Judge

