UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITALONE, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-01392-DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for June 29, 2016 has been CONTINUED to **August 31, 2016 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **August 24, 2016**. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

**IT IS SO ORDERED.**

Dated: June 22, 2016



_____
Donna M. Ryu
United States Magistrate Judge