# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA FINLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPTIALONE, *ET AL.*,<br><br>    Defendant(s). | Case No.: 16-cv-01392 YGR<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

In anticipation of the case management conference scheduled for Monday, October 24, 2016, the Court has reviewed the case management statements filed by the parties. In small matters such as alleged here, the Court deems it appropriate to require early settlement discussions to avoid the cost and delay of litigation. As scheduled, the parties shall appear for the case management conference at 2:00 p.m. in Courtroom One of the United States Courthouse in Oakland, California. The parties will be required to exchange information and attempt to resolve the matter.

Accordingly, and consistent with the Court's standing order, the Court hereby Orders the personal appearances of plaintiff herself and of each party or its attorney of record as long as the latter has full settlement authority and the party is on telephone standby (to the extent necessary). Plaintiff shall bring with her copies of all documents evidencing her claim. Defendants shall bring copies of any documents regarding the plaintiff's claim, including correspondence and those relating to her credit score.

If the case does not settle, all parties should expect to be set for trial within 120 days without any further case management conferences. Failure to comply with this Order may result in the imposition of monetary sanctions of up to $500.

**IT IS SO ORDERED**.

Dated: October 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**