UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATONYA R. FINLEY**,<br><br>          Plaintiff,<br><br>     v.<br><br>**CAPITALONE, ET AL.**,<br><br>          Defendants. | Case No.  16-cv-01392-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING DEFENDANT CAPITAL ONE'S REQUEST TO CONTINUE PRETRIAL DEADLINES**<br><br>Re: Dkt. No. 61 |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from December 12, 2016 to **Monday, January 23, 2017** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

Defendant Capital One's request to extend pretrial deadlines (Dkt. No. 61) is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 8, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**