UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LaTonya R. Finley**, <br>     Plaintiff, <br><br> v. <br><br> **CapitalOne, et al.**, <br>     Defendants. | Case No. 16-cv-01392-YGR <br><br> **Order Denying Motion for Telephonic Appearance** <br><br> Re: Dkt. No. 68 |

Defendant Equifax Information Services LLC has filed a motion to appear by telephone at the Case Management Conference ("CMC") set for January 23, 2017. (Dkt. No. 68.) The basis for the motion is essentially one of convenience and the view that the underlying action does not warrant a personal appearance. (*Id*.) As this Court has advised through its standing order:

> These conferences are intended to be substantive and productive. Accordingly, each party shall be represented at case management conferences by lead trial counsel or counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions. Because of the substantive discussions that occur during case management conferences, telephonic appearances are disfavored. The Court will grant requests to appear by telephone only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.

Standing Order in Civil Cases § 6. Accordingly, the request is **Denied.**

**It Is So Ordered.**

Dated: January 12, 2017

_____
**Yvonne Gonzalez Rogers**
**United States District Court Judge**