UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LaTonya R. Finley**, <br><br>                    Plaintiff, <br><br>          v. <br><br> **CapitalOne, et al.**, <br><br>                    Defendants. | Case No.  16-cv-01392-YGR <br><br> **Order to Show Cause** |

As of January 17, 2017, the parties have failed to file a Joint Case Management Statement for the January 23, 2017 Case Management Conference.  "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process."  Civil L.R. 16-10(d).

The parties are **Ordered to Show Cause** why they should not be sanctioned in the amount of $200 for failure to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Monday, January 23, 2017,** on the Court's **2:01 p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Monday, January 23, 2017 at 10:00 a.m.**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**It Is So Ordered.**

Dated: 01/18/2017

_____

**Yvonne Gonzalez Rogers**
**United States District Court Judge**

United States District Court
Northern District of California