UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**LaTonya R. Finley**,

    Plaintiff,

v.

**CapitalOne, et al.**,

    Defendants.

Case No. 16-cv-01392-YGR

**Order to Show Cause**

Re: Dkt. No. 78

**To the Plaintiff, Defendant Equifax, And Counsel Of Record**:

You are **Hereby Ordered to Show Cause** why each party should not be sanctioned in the amount of $200 for failure to comply with this Court's Order Setting Compliance Hearing, issued on January 25, 2017 (Dkt. No. 78).

A hearing on this Order to Show Cause will be held on **Friday, March 17, 2017**, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Monday, March 10, 2017**, plaintiff and defendant Equifax must file a single joint written response to this Order to Show Cause. If the Court is satisfied with the parties' response, the hearing may be taken off calendar. If so, the parties need not appear. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The compliance hearing currently set for Friday, March 3, 2017 is **Vacated**.

**It Is So Ordered.**

Dated: March 1, 2017

_____
**Yvonne Gonzalez Rogers**
**United States District Court Judge**